IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| MAJ CONSTRUCTION | ) |
| 5025-A BACKLICK RD | ) |
| ANNANDALE VIRGINIA, 22003 | ) |
|     Plaintiff | ) |
| vs. | ) |
| | ) |
| UIP GENERAL CONTRACTING, INC | ) |
| 140 Q STREET, NE, SUITE 140B | ) |
| WASHINGTON, DC 20002 | ) |
| | ) |
|     Defendant | ) |

## COMPLAINT

NOW Comes Plaintiff Maj Construction, through undersigned counsel, and states as follows:

### Introduction

Maj Construction had a Subcontract to work on property located at 211 Elm St, Washington DC 20001.  Maj Construction completed all the construction work and did not receive the final payment.  Maj Construction is owed $163,629.12 as final payment for the project.  In addition, Maj Construction had given a discount to Defendant UIP General Contracting, Inc ("UIP") in order to receive a right of first refusal in the next construction job which was close to the Carver Hall Apartments.  However, Defendant UIP did not honor the right of first refusal and the construction job is already underway without Maj Construction ever being asked to bid. As such Maj Construction did not get the benefit and the discount does not apply.  The discount provided was $12,250.  Defendant UIP owes a total of $175,879.12.

## JURISDICTION

1. Jurisdiction is proper under 28 USC § 1331 and 1332. Defendant is a citizen of Washington, DC and plaintiffs are citizens of the Commonwealth of Virginia. The matter in dispute is over $75,000

2. Venue is proper under 28 USC 1391 (b)(1) as the property is located within this District.

## PARTIES

3. Plaintiff Maj Construction, Inc is a corporation formed under the laws of the Commonwealth of Virginia and has its principal place of business in the Commonwealth of Virginia.

4. Defendant UIP General Contracting, Inc is a corporation formed under the laws of Washington District of Columbia and has its principal place of business in Washington District of Columbia.

## FACTUAL BACKGROUND

5. On June 8, 2018, Maj Construction entered into a Subcontract Agreement with UIP General Contracting, Inc ("UIP").

6. The contract was for construction work on property located at 211 Elm St, LLC Washington, DC 20001, known as the "Carver Hall" project.

7. Maj Construction performed the work according to the subcontract.

8. During the subcontract, UIP provided Maj Construction with change orders to the scope of work.

9. Maj Constructions performed the extra work.

10. The work was accepted by the general contractor, UIP.

11. Maj Construction complete all its work and the property was inspected by the District of Columbia Government and all work was approved.

12. Afterwards, Maj Construction reached out to UIP and asked to be paid.

13. In an email on January 30, 2020, Mr. Ed Vivas, Sr. Vice president of Operations for UIP stated to Mr. Don Rossi of Maj Construction that they were shorthanded of accountants and would be sending the payments in 2 weeks. (Exh 1).

14. In an email on February 7, 2020, Germana Bueno, Project Accountant, for UIP stated that the checks were "going around for approval." (Exh 2).

15. However, despite promises, full balance was not paid.

16. In an email on February 12, 2020, Mr. Vivas stated that the checks were ready.

17. When Maj Constructions went to get the checks, they were not for the full amount, just for half. (Exh 3)

18. UIP has had ample opportunity to pay Maj Construction.

## COUNT I
## BREACH OF CONTRACT

19. Plaintiff assert and allege all statements and allegations made above and made herein.

20. Plaintiff Maj Construction and Defendant UIP had a valid contract, the Subcontract Agreement.

21. Plaintiff Maj Construction performed in accordance with the Subcontract Agreement.

22. Plaintiff Maj Construction is still owed $163,629.12 for work done in accordance with the Subcontract Agreement.

23. Defendant UIP is aware of its contractual obligations under the Subcontract Agreement with Maj Construction.

24. Defendant UIP is aware of the balance of $163,629.12 owed to Plaintiff Maj Construction.

25. Defendant UIP has not disputed that it owed $163,629.12 to Maj Construction.

26. Defendant UIP had breached its contract, Subcontract Agreement, with Maj Construction by not paying $163,629.12.

27. Maj Construction has been damaged in the amount of $163,629.12.

COUNT II
BREACH OF CONTRACT

28. Plaintiff assert and allege all statements and allegations made above and made herein.

29. Plaintiff Maj Construction and UIP had an agreement that UIP would give Maj Construction the right of first refusal on UIP's next construction project near the Carver Hall Apartments.

30. In consideration for that right of first refusal, Maj Construction gave UIP a discount of $12,250 on the Carver Hall project.

31. UIP's next project started without Maj Construction ever being giving the opportunity to bid on it.

32. Defendant UIP breached that agreement by not giving Plaintiff Maj Construction the right of first refusal for its next project.

33. Plaintiff Maj Construction was damaged in the amount of $12,250.

WHEREFORE, Plaintiff Maj Construction respectfully requests the Court:

1. Declare that Defendant UIP breached the Subcontract Agreement with Maj Construction.

2. Declare that Defendant UIP breached its agreement with Maj Construction to give it a right of first refusal for its next project.

3. Award damages in the amount of $175,789.12

4. Award Attorney's fees and court costs.

5. Award any additional relief that the Court deems appropriate.

Respectfully Submitted,

MAJ CONSTRUCTION, INC

/s/ Faisal Gill
_____
Gill Law Firm
Faisal Gill (# 497312)
5025 Backlick Rd
Suite B
Annandale, VA 22003
202-570-8223
213-260-8255
fgill@glawoffice.com